

**CORPORATION SERVICE COMPANY**

## Notice of Service of Process

TMM / ALL
Transmittal Number: 12454833
Date Processed: 04/24/2014

| | |
|---|---|
| **Primary Contact:** | Sanaa Almarayati<br>Praxair, Inc.<br>39 Old Ridgebury Road<br>M1521<br>Danbury, CT 06810-5113 |
| **Copy of transmittal only provided to:** | Edward Balzarini |
| **Entity:** | Praxair, Inc.<br>Entity ID Number 0291969 |
| **Entity Served:** | Praxair, Inc. |
| **Title of Action:** | West Hernando Diagnostic R And M.R. Center Inc., d/b/a West Hernando Diagnostic Center-Brooksville vs. Praxair, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Other |
| **Court/Agency:** | Hernando County Circuit Court, Florida |
| **Case/Reference No:** | CA-14-593 |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 04/24/2014 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Alfred J. Tetlow<br>727-863-9005 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com



EXHIBIT
Composite
2

Filing # 12257164 Electronically Filed 04/08/2014 02:21:41 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT OF
THE STATE OF FLORIDA, IN AND FOR HERNANDO COUNTY
CIVIL ACTION

WEST HERNANDO DIAGNOSTIC
AND M.R. CENTER INC., d/b/a
WEST HERNANDO DIAGNOSTIC
CENTER-BROOKSVILLE,

    Plaintiff,

vs.                                                   CASE NO: CA-14-593
                                                  DIVISION:

PRAXAIR, INC.,

    Defendant.
_____/

**SUMMONS**

Date: 4/24/14
Time: 11:56
By: CHC 101

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

    YOU ARE COMMANDED to serve this summons and a copy of the Complaint in this action on the defendant:

**PRAXAIR, INC.**

By serving it's Registered Agent pursuant to F.S. §48.081

THE PRENTICE-HALL CORPORATION SYSTEM, INC.
1201 HAYS STREET
TALLAHASSEE, FL 32301

    Each defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is:

ALFRED J. TETLOW
10816 U.S. Highway 19 North, Suite #105
Port Richey, FL 34668
(727) 863-9005
FL Bar No. 710751

within twenty (20) days after service of this Summons upon that defendant, exclusive of the day of service, and to file the original of the written defenses with the Clerk of this Court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

DATED on April 8th, 2014.

By: _Michelle Floyd_
Deputy Clerk

(SEAL)   Don Barbee Jr.