# MARSHALL THOMAS BURNETT
### ATTORNEYS AT LAW

8824 BELAGIO DRIVE
TRINITY, FLORIDA 34655
TELEPHONE: (727) 375-1000
FACSIMILE: (727) 376-3026

JOSHUA E. BURNETT ♦
ALAN S. MARSHALL ♦
JOHN E. "JED" THOMAS
KENNETH C. THOMAS, JR.
MOLLY E. THOMAS

ROBERT L. NIPPS ♦
ERIK C. "RICK" NUTTER, JR.
MATTHEW L. WILSON
JOSHUA M. ZUDAR

♦ ALSO ADMITTED IN TENNESSEE

September 8, 2011

Jack Quinn
John Davidson
Praxair Cryomag Services
200 Riverside Drive
P.O. Box 237
Keasbey, NJ 08832-1205

Re: *West Hernando Diagnostic Center – Siemens Sonata Gradient Coil Damage*

Dear Gentlemen:

This letter is written to you on behalf of West Hernando Diagnostic Center ("WHDC"), which we represent in connection with the above-referenced matter. We would appreciate your directing all further communications regarding this matter to my attention.

As you are aware, your company was engaged to provide an MRI cool-down service, which began on or about May 26, 2011. The Praxair Cryomag Services technician was Robert Clark. While performing his services, Mr. Clark released the existing helium too quickly and the gradient coil became frozen. Mr. Clark was responsible for checking all possible hazards and alerting onsite personnel of any potential hazardous situations.

The rapid release of helium in this particular situation was in fact hazardous. A white cloud was observed by WHDC staff members and was an obvious consequence of the cold helium gas condensing water vapor in the air.

In fact, it was reported that this white cloud was below head-level which further indicates that helium had already displaced the air above. As helium is lighter than air, the room filled from the top down. As you are aware, helium is odorless and respiration inside a helium-filled room could have easily resulted in a fatal outcome. Witnesses onsite also report that the helium alarms sounded yet, Mr. Clark took no steps to mitigate this hazardous situation.

Even a cursory review of the computer records of the magnet cooling/cryo-refrigeration log reveals that Mr. Clark failed to take the forty-five (45) seconds necessary to take a helium sample, which would have revealed that there was still approximately 15% (maybe 300 liters) of helium left in the magnet when he decided to open the vacuum/access port on the side of the magnet. Prior to this, the cold head had been unplugged to assist in the helium boil-off and helium levels had been being depleted at approximately 2.5 - 3% per day before Mr. Clark released 15% in one day.

TRINITY ♦ TAMPA ♦ MURFREESBORO

WWW.MTBLAW.COM

EXHIBIT 3

*Jack Quinn*
*John Davidson*
*September 8, 2011*
*Page 2*

The final indication that the vacuum was breached too rapidly and with much more than residual cryogens left in the magnet is the cracked gradient coil. The coil has the worse cracks where the air/foam bladders that hold the gradient coil in place do not overlap.

We had the opportunity to review your letter dated June 27, 2011, which was in response to Mr. Arnold's letter to you dated June 17, 2011. You actually cited an OXFORD technical bulletin stating "it is the responsibility of the on-site customer service engineer to blow down the gradient prior to a magnet thermal cycle being preformed." You further indicated that Sean LeDuc was the customer service engineer with the magnet history of de-install and installation at the subject site.

According to the enclosed OXFORD Technical Bulletin No. 088, Magnet Thermal Cycle – Gradient Coil Cooling Water, while it is the responsibility of the customer service engineer to ensure all water is removed from the coil water cooling circuit prior to a magnet thermal cycle being preformed, "all OXFORD engineers must obtain full assurance from the responsible Customer Service Engineer that all water has been drained from the gradient coil water circuit prior to commencing a magnet thermal cycle. If this is patently not the case or the assurance required is not forthcoming, the magnet thermal cycle will not be preformed."

In sum, Mr. Clark had a duty to either independently verify that all water had been drained from the gradient coil or, alternatively, to seek assurance from the Customer Service Engineer that the same had occurred. As a result of the breach of this duty, Mr. Clark placed WHDC employees in harm's way and rendered the MRI system useless.

It was previously believed that the entire machine would need to be replaced at costs in excess of $400,000.00. Fortunately, my client was able to locate a used gradient coil and was further able to have the same replaced at a cost of $99,400.00. I am enclosing a copy of the Altima Diagnostic Imaging Solutions invoice for same for your review and consideration.

As a result of Mr. Clark's negligent and/or willfully reckless actions, my client has sustained damages including the costs associated with the invoice enclosed herewith and lost revenues as a direct result of the MRI system being temporarily rendered inoperable. My client is willing to provide Praxair with a general release of all claims it has or may have against it in exchange for a payment in the amount of $100,000.00. This offer will remain open for ten (10) days from the date of this letter. Please consider this WHDC's last good-faith effort to resolve this matter amicably.

Sincerely,

Kenneth C. Thomas, Jr.

KCT/kc/kas
Enclosures
cc: Alan S. Marshall, Esquire (via email)
    John E. "Jed" Thomas, Esquire (via email)
    William Arnold (via email)



## DIAGNOSTIC IMAGING SOLUTIONS
3328 Sailmaker Lane
Plano TX 75023
972 618-5850
contact@altimadis.com

| | |
|---|---|
| Name | West Hernando Diagnostic Center |
| Address | 3315 Commercial Way |
| | Spring Hill FL 34606 |
| Phone | 352-688-5860 |

| Issue date | Due date | Terms | P.O. Number | Invoice Number |
|---|---|---|---|---|
| 07/15/2011 | | | | 100 |

| Qty | Name | Description | Rate | Amount | Tax |
|---|---|---|---|---|---|
| 1.00 | Service | Gradient Coil Replacement (turnkey) | $78400.00 | $78400.00 | Tax |
| 1.00 | Service | Ramp, Shim, Calibration and Turn Over of Siemens Sonata | $15000.00 | $15000.00 | Tax |
| 1.00 | Expenses | Estimated Travel Expenses | $6000.00 | $6000.00 | Non |

|  |  |
|---|---|
| Subtotal | $99400.00 |
| Tax | $0.00 |
| Total | $99400.00 |
| Paid | $0.00 |
| Balance Due | $99400.00 |

**Notes**
50% of Invoice is Due Immediately

| General | | | |
|---|---|---|---|
| Created | 07/15/2011 | Priority | 1 - High |
| Status | New | Due Date | |
| Type | Repair | Assigned to | Knight, Larry; |
| Job Name | Gradient Coil Replacement, Ramp, Shim and Tune Up | | |
| Description | | | |

Page 1