IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR HERNANDO COUNTY, FLORIDA

WEST HERNANDO DIAGNOSTIC
AND M.R. CENTER, INC., d/b/a
WEST HERNANDO DIAGNOSTIC
CENTER-BROOKSVILLE,

    Plaintiff,

vs.                                                                                         Case No.: CA-14-000593

PRAXAIR, INC.,

    Defendant.
_____/

## NOTIFICATION OF REMOVAL TO FEDERAL COURT

TO:    Clerk of the Circuit Court for the
         Fifth Judicial Circuit
         in and for Hernando County, Florida

and

Alfred J. Tetlow
LAW OFFICES OF PSETAS, MOORE & TETLOW P.A.
10816 U.S. Highway 19 North, Suite #105
Port Richey, FL 34668
*Counsel for Plaintiff*

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, please take notice that on May 23, 2014, defendant, Praxair, Inc., filed a Notice of Removal with the Clerk of the United States District Court, Middle District of Florida, Tampa Division. A true and correct copy of the Notice of Removal is attached hereto as Exhibit A. By filing their Notice, the Defendants have effected removal of this action to United States District Court for the Middle District of Florida, Tampa Division.



Pursuant to 28 U.S.C. § 1446(d), defendant, Praxair, Inc., respectfully requests that this Court proceed no further in this case unless and until this action is remanded to this Court. Absent the entry of a remand order by the federal district court, this Court is divested of jurisdiction in this cause, and is thereby requested to stay all further proceedings.

Respectfully submitted,

 /s/ Brandon Faulkner
Stacy D. Blank
Florida Bar No. 772781
Trial Counsel
stacy.blank@hklaw.com
Brandon Faulkner
Florida Bar No. 058560
Trial Counsel
brandon.faulkner@hklaw.com
HOLLAND & KNIGHT LLP
100 N. Tampa Street, Suite 4100
Tampa, FL  33602-3644
Telephone: (813) 227-8500
Fax: (813) 229-0134

*Attorneys for Defendant, Praxair, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 23, 2014, a true and correct copy of the foregoing has been furnished by e-mail on the following:

Alfred J. Tetlow
LAW OFFICES OF PSETAS, MOORE & TETLOW P.A.
10816 U.S. Highway 19 North, Suite #105
Port Richey, FL 34668
jefftetlow@psetaslaw.com
*Counsel for Plaintiff*


                                       /s/ Brandon Faulkner
                                       Attorney