IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT OF
THE STATE OF FLORIDA, IN AND FOR HERNANDO COUNTY
CIVIL ACTION

WEST HERNANDO DIAGNOSTIC
AND M.R. CENTER INC., d/b/a
WEST HERNANDO DIAGNOSTIC
CENTER,

    Plaintiff,

vs.                                    CASE NO:
                                         DIVISION:

PRAXAIR, INC.,

    Defendant.
_____/

## **AMENDED COMPLAINT**

Plaintiff, WEST HERNANDO DIAGNOSTIC AND M.R. CENTER INC., d/b/a WEST HERNANDO DIAGNOSTIC CENTER, by and through its undersigned attorneys, sues the Defendant, PRAXAIR, INC., and alleges the following:

1.    This is a claim for damages in excess of $15,000.00.

2.    At all times material hereto, the Defendant, PRAXAIR, INC., is a Corporation registered in the State of Florida and authorized to conduct business in the State of Florida and at all times material had an agent or office for the transaction of such business in the State of Florida.

3.    At all times material hereto, Altima Diagnostic Imaging Solutions, LLC , is a Corporation not registered in the State of Florida but transacted business with the Plaintiff in the State of Florida.

4.    The Plaintiff, WEST HERNANDO DIAGNOSTIC AND M.R. CENTER INC., d/b/a WEST HERNANDO DIAGNOSTIC CENTER, is a Corporation registered in the State



of Florida and authorized to conduct business in the State of Florida and at all times material had an agent or office for the transaction of such business in the State of Florida and was doing business as West Hernando Diagnostic Center.

5. On or about May 26, 2011 the Plaintiff, WEST HERNANDO DIAGNOSTIC AND M.R. CENTER INC., d/b/a WEST HERNANDO DIAGNOSTIC CENTER, through its employees and/or agents, contracted with Altima Diagnostic Imaging Solutions, LLC. to perform service to include but not limited to the magnet thermal cycle-gradient coil cooling water maintenance on its Siemens Somata MRI machine located at its facility in Hernando County, Florida.

6. At all times material hereto, Altima Diagnostic Imaging Solutions, LLC., through its employees and/or agents subcontracted with the Defendant, PRAXAIR, to perform the contracted services to include but not limited to the magnet thermal cycle-gradient coil cooling water maintenance on the Plaintiff, WEST HERNANDO DIAGNOSTIC AND M.R. CENTER INC., d/b/a WEST HERNANDO DIAGNOSTIC CENTER, Siemens Somata MRI machine located at its facility in Hernando County, Florida.

7. On or about May 26, 2011, the Defendant, PRAXAIR through its employees, agents, or apparent agents, including but not limited to Robert Clark, attempted to perform the contracted services to include but not limited to the magnet thermal cycle on the Plaintiff, WEST HERNANDO DIAGNOSTIC AND M.R. CENTER INC., d/b/a WEST HERNANDO DIAGNOSTIC CENTER, Siemens Somata MRI machine located at its facility in Hernando County, Florida.

8. At that time and place, the Defendant, PRAXAIR, through its employees, agents, or apparent agents including but not limited to Robert Clark negligently performed the maintenance in the following manner:

   1. The Defendant, PRAXAIR's, employee, agent or apparent agent, Robert Clark or other employees, agents or apparent agents, performed maintenance on the machine in a negligent manner causing the gradient coil to become frozen and permanently damaged. Or,

   2. The Defendant, PRAXAIR's, employee, agent or apparent agent, Robert Clark or other employees, agents or apparent agents failed to insure that all of the cooling water mixture was removed or evacuated from the gradient cooling system prior to starting the warm up/cool down procedure. Or,

   3. The Defendant, PRAXAIR's, employee, agent or apparent agent, Robert Clark or other employees, agents or apparent agents negligently released the existing helium at an unacceptable rate freezing the gradient coil. Or,

   4. The Defendant, PRAXAIR's, employee, agent or apparent agent, Robert Clark or other employees, agents or apparent agents negligently released 15% of the remaining helium when the Defendant's, PRAXAIR's, employee, agent or apparent agent, Robert Clark or other employees, agents or apparent agents, "popped" the OVC.

9. As a result of the negligence of the Defendant, PRAXAIR, through its employees, agent or apparent agent including but not limited to Robert Clark the Plaintiff,

WEST HERNANDO DIAGNOSTIC AND M.R. CENTER INC., d/b/a WEST HERNANDO DIAGNOSTIC CENTER, as described above, the Plaintiff's Siemens Somata MRI machine was damaged and diminished in value and it incurred repair expenses and loss of use of it during the period required for its repair and/or replacement.

WHEREFORE, Plaintiff, WEST HERNANDO DIAGNOSTIC AND M.R. CENTER INC., d/b/a WEST HERNANDO DIAGNOSTIC CENTER, demands judgment for damages against the Defendant, PRAXAIR, in excess of $15,000, exclusive of costs and demands trial by jury on all issues so triable.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Mail this 22nd day of May, 2014 to: Brandon Faulkner, Esquire at brandon.faulkner@hklaw.com and joann.loyola@hklaw.com

Law Offices of Psetas, Moore, & Tetlow, P.A.

ALFRED J. TETLOW
10816 U.S. Highway 19 North, Suite #105
Port Richey, FL 34668
jefftetlow@psetaslaw.com
deanna@psetaslaw.com
727-863-9005
727-868-4858-fax
Attorney for Plaintiff
FL BAR NO.: 710751